VERNE WELLS, as Administrator of the Estate of BEATRICE M. WELLS, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

(Argued October 12, 1928; decided October 26, 1928.)

*Halsey Sayles* for appellant.

*Mortimer L. Sullivan* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.